## HILBURN v. STATE.

### No. 19966.

Court of Criminal Appeals of Texas.

Oct. 19, 1938.

Joe Bailey Morris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of the offense of robbery, his punishment being assessed at twenty-five years confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.

## BRADLEY v. STATE.

### No. 19970.

Court of Criminal Appeals of Texas.

Oct. 19, 1938.

W. S. Barron and John M. Barron, Jr., both of Bryan, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of turkeys; the punishment, a fine of $20.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.